**CIVIL CASE MINUTES**

       **Case Title:**        Jason T Hinton v Trinityrail Maintenance Services Inc.

       **Case Number:**      3:20-cv-00381-DPM

       **Before U.S. Magistrate Judge Joe J. Volpe**

       **Date of Proceeding: May 3, 2023**

       **E.C.R.O.:**        Lorna Jones

10:06 a.m.

The settlement conference begins.

1:23 p.m.

The parties reach a confidential agreement to settle the case.

       **Counsel for Plaintiff:**     Austin Porter

       **Counsel for Defendant:**    Andrew Turner