# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JASON T. HINTON**                                                 **PLAINTIFF**

v.                  No. 3:20-cv-381-DPM

**TRINITYRAIL MAINTENANCE**
**SERVICES, INC.**                                        **DEFENDANT**

## JUDGMENT

Hinton's complaint is dismissed with prejudice. The Court retains jurisdiction until 3 July 2023 to enforce the parties settlement.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 May 2023